UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD COLTON MCABEE,<br><br>*Plaintiff,*<br><br>v.<br><br>CRYSTAL LANCASTER, *et al.*,<br><br>*Defendants.* | Case No. 24-cv-1686 (JMC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please **withdraw** the appearance of **Zita Orji** and **enter** the appearance of Assistant Attorney General Sarah Preis as counsel for Defendant Crystal Lancaster in the above-captioned matter.

Dated: September 23, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

*/s/ Sarah Preis*
SARAH PREIS [997387]
Assistant Attorney General
400 6th Street NW
Washington, D.C. 20001
(202) 727-5291
sarah.preis@dc.gov

*Counsel for Defendant Crystal Lancaster*