### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION
#### SMALL CLAIMS AND CONCILIATION BRANCH

**Ronald Colton McAbee**

      **Plaintiff(s)**

                **vs.**                **Case No: 24-cv-1686 (JMC)**

**Crystal Lancaster**

      **Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Michael Weaver, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/28/2025 at 1:57 PM, I served District of Columbia Department of Corrections at 3924 Minnesota Avenue, NE, 2nd Floor, Washington, DC 20019 with the Subpoena Duces Tecum by serving Elektra Long, Paralegal, authorized to accept service.

Elektra Long is described herein as:

Gender:  Female  Ethnicity:  African American    Age:  42    Weight:  185       Height:  5'6"       Hair:  Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 10/28/2025

Subscribed and sworn to before me by the affiant who is personally known to me.

_____

**Angela H. Croson**
**Notary Public, Prince George's County, MD**

2/5/2029

**Commission Expires**

_____

*Michael Weaver*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14467091*

**Attachment B (Affidavit of Service)**