## CONFIDENTIAL - BWC Footage - (Discovery) Ronald Colton McAbee v. Crystal Lancaster, et.al., 1:24-cv-01686

24 messages

---

**Long, Elektra (DOC)** <elektra.long@dc.gov>　　　　　　　　　　　　　Sat, Dec 13, 2025 at 5:11 AM
To: "kyle@hopwoodsinghal.com" <kyle@hopwoodsinghal.com>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Good Morning

The file containing BWC footage is too large to send via email.  Please confirm your address below for delivery:

Hopwood & Singhal PLLC

1701 Pennsylvania Ave NW, Ste 200

Washington, DC 20006

Thank You,

Ms. Elektra M. Long

Paralegal Specialist

DC Department of Corrections

Office of the General Counsel

3924 Minnesota Ave, NE

Washington, D.C. 20019

(202) 671-2038

elektra.long@dc.gov

www.doc.dc.gov

 **24_Protective Order.pdf**
290K

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>　　　　　　　　　　　　　Sat, Dec 13, 2025 at 12:29 PM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Thank you, Ms. Long - yes, that is the correct address for delivery.

**Kyle Singhal**

*Partner*, Hopwood & Singhal, PLLC
1701 Pennsylvania Ave NW, Ste 200
Washington, DC 20006

## Attachment D (DOC Email)

(202) 769-4080
http://www.hopwoodsinghal.com/kyle-singhal
http://www.law.gwu.edu/kyle-singhal
[Quoted text hidden]

---

**Long, Elektra (DOC)** <elektra.long@dc.gov>  Tue, Dec 16, 2025 at 6:33 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Good Morning

I will have this put on a flash drive and sent over to you.

Thank You,

Ms. Elektra M. Long

Paralegal Specialist

DC Department of Corrections

Office of the General Counsel

3924 Minnesota Ave, NE

Washington, D.C. 20019

(202) 671-2038

elektra.long@dc.gov

www.doc.dc.gov

---

**From:** Kyle Singhal <kyle@hopwoodsinghal.com>
**Sent:** Saturday, December 13, 2025 12:30 PM
**To:** Long, Elektra (DOC) <elektra.long@dc.gov>
**Cc:** Towns, Tony (DOC) <tony.towns1@dc.gov>; Shannon, Ashley (DOC) <ashley.shannon@dc.gov>
**Subject:** Re: CONFIDENTIAL - BWC Footage - (Discovery) Ronald Colton McAbee v. Crystal Lancaster, et.al., 1:24-cv-01686

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>  Tue, Dec 16, 2025 at 9:59 AM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

**Attachment D (DOC Email)**

Thank you. I will confirm receipt when I have it.
[Quoted text hidden]

---

**Towns, Tony (DOC)** <tony.towns1@dc.gov>                                      Mon, Dec 22, 2025 at 9:08 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>, "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Good Morning, Mr. Singhal,

I wanted to confirm that the flash drive containing BWC footage is being produced as confidential under the protective order that is in place in this case. Please confirm agreement. Thank you.


Tony Towns
Acting General Counsel
District of Columbia Department of Corrections
Office of the General Counsel
3924 Minnesota Avenue NE
Washington, D.C. 20019
Office (202) 671-0088
Mobile (202) 436-1067
tony.towns1@dc.gov
www.doc.dc.gov

---

**From:** Kyle Singhal <kyle@hopwoodsinghal.com>
**Sent:** Tuesday, December 16, 2025 9:59 AM
**To:** Long, Elektra (DOC) <elektra.long@dc.gov>
**Cc:** Towns, Tony (DOC) <tony.towns1@dc.gov>; Shannon, Ashley (DOC) <ashley.shannon@dc.gov>
**Subject:** Re: CONFIDENTIAL - BWC Footage - (Discovery) Ronald Colton McAbee v. Crystal Lancaster, et.al., 1:24-cv-01686

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from kyle@hopwoodsinghal.com. Learn why this is important

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>                                      Mon, Dec 22, 2025 at 9:58 AM
To: "Towns, Tony (DOC)" <tony.towns1@dc.gov>
Cc: "Long, Elektra (DOC)" <elektra.long@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Confirmed that it is confidential per the protective order. Has it been sent yet? Please advise.

Kyle
[Quoted text hidden]

---

**Towns, Tony (DOC)** <tony.towns1@dc.gov>                                      Mon, Dec 22, 2025 at 10:10 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Long, Elektra (DOC)" <elektra.long@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Not yet but it will be hand delivered to your office today.

Tony Towns
Acting General Counsel
District of Columbia Department of Corrections

**Attachment D (DOC Email)**

Office of the General Counsel
3924 Minnesota Avenue NE
Washington, D.C. 20019
Office (202) 671-0088
Mobile (202) 436-1067
tony.towns1@dc.gov
www.doc.dc.gov

**From:** Kyle Singhal <kyle@hopwoodsinghal.com>
**Sent:** Monday, December 22, 2025 9:58 AM
**To:** Towns, Tony (DOC) <tony.towns1@dc.gov>
**Cc:** Long, Elektra (DOC) <elektra.long@dc.gov>; Shannon, Ashley (DOC) <ashley.shannon@dc.gov>
[Quoted text hidden]

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>                                Mon, Dec 22, 2025 at 10:16 AM
To: "Towns, Tony (DOC)" <tony.towns1@dc.gov>
Cc: "Long, Elektra (DOC)" <elektra.long@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Perfect thank you
[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>                                Tue, Dec 23, 2025 at 9:01 AM
To: "Towns, Tony (DOC)" <tony.towns1@dc.gov>
Cc: "Long, Elektra (DOC)" <elektra.long@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Can you confirm that this was delivered?
[Quoted text hidden]

---

**Towns, Tony (DOC)** <tony.towns1@dc.gov>                                Tue, Dec 23, 2025 at 9:24 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Long, Elektra (DOC)" <elektra.long@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

It was not delivered yesterday. We are waiting on the messenger now, so you should receive it today.

Tony Towns
Acting General Counsel
District of Columbia Department of Corrections
Office of the General Counsel
3924 Minnesota Avenue NE
Washington, D.C. 20019
Office (202) 671-0088
Mobile (202) 436-1067
tony.towns1@dc.gov
www.doc.dc.gov

**From:** Kyle Singhal <kyle@hopwoodsinghal.com>
**Sent:** Tuesday, December 23, 2025 9:01 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>                                Mon, Jan 5, 2026 at 8:31 AM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Hi all,

**Attachment D (DOC Email)**

I received the flash drive containing the video footage and reviewed the contents. **The flash drive appears to be missing the BWC footage of both Lt. Crystal Lancaster and Corporal Alexander Winston**.

<u>I see only the following five videos on the flash drive</u>:

1. C2B Dayroom Cam 138 View 1, from 11:36:59 AM to 11:45:00 AM

2. Four BWC files:

- Axon_Body_3_Video_2022-09-05_1140_X60A2815H
- Axon_Body_3_Video_2022-09-05_1140_X6033679L (Lieutenant Hines)
- Axon_Body_3_Video_2022-09-05_1140_X60325493
- Axon_Body_3_Video_2022-09-05_1142_X60A2129J (Officer Agbornkie)

The language of the subpoena covers the BWC footage of both Lt. Crystal Lancaster and Corporal Alexander Winston. **Please provide it by end of business today**.

Kyle Singhal

On Sat, Dec 13, 2025 at 5:11 AM Long, Elektra (DOC) <elektra.long@dc.gov> wrote:
[Quoted text hidden]

---

**Long, Elektra (DOC)** <elektra.long@dc.gov>                                      Mon, Jan 5, 2026 at 8:34 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Good Morning

I will notify our surveillance supervisor and have him review to see if there is any footage missing and follow up with you as soon as I receive a response.

Thank You,

Ms. Elektra M. Long

Paralegal Specialist

DC Department of Corrections

Office of the General Counsel

3924 Minnesota Ave, NE

Washington, D.C. 20019

(202) 671-2038

elektra.long@dc.gov

www.doc.dc.gov

---

**From:** Kyle Singhal <kyle@hopwoodsinghal.com>
**Sent:** Monday, January 5, 2026 8:31 AM

**Attachment D (DOC Email)**

**To:** Long, Elektra (DOC) <elektra.long@dc.gov>
**Cc:** Towns, Tony (DOC) <tony.towns1@dc.gov>; Shannon, Ashley (DOC) <ashley.shannon@dc.gov>
**Subject:** Re: CONFIDENTIAL - BWC Footage - (Discovery) Ronald Colton McAbee v. Crystal Lancaster, et.al., 1:24-cv-01686

---

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

---

Hi all,

[Quoted text hidden]
[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>   Mon, Jan 5, 2026 at 8:35 AM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Thank you
[Quoted text hidden]

---

**Long, Elektra (DOC)** <elektra.long@dc.gov>   Mon, Jan 5, 2026 at 9:25 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Good Morning

The DOC surveillance supervisor just confirmed that there is no BWC footage for Corporal Winston or Lieutenant Lancaster on September 5, 2022.

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>   Mon, Jan 5, 2026 at 9:52 AM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Thank you. To clarify, is it the case that (1) no such footage ever existed, or (2) the footage is no longer available?
[Quoted text hidden]

---

**Long, Elektra (DOC)** <elektra.long@dc.gov>   Mon, Jan 5, 2026 at 9:58 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

No.  The only footage is what was sent over on the flash drive.  Neither officer for this case has body worn camera footage.

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>   Mon, Jan 5, 2026 at 10:08 AM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Thank you.

## Attachment D (DOC Email)

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>  Mon, Jan 5, 2026 at 2:45 PM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Can you confirm that there were no other cameras in the dayroom? The "C2B Dayroom Cam 138" footage says "View 1" -- if there were other views or angles from other cameras in the dayroom, those would also be covered by the subpoena. Please advise.

[Quoted text hidden]

---

**Long, Elektra (DOC)** <elektra.long@dc.gov>  Tue, Jan 6, 2026 at 6:34 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Good Morning

No.  According to the surveillance supervisor the footage delivered is the only footage captured.

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>  Wed, Jan 7, 2026 at 8:31 AM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Thank you. Could you please provide the name of the surveillance supervisor?
[Quoted text hidden]

---

**Long, Elektra (DOC)** <elektra.long@dc.gov>  Wed, Jan 7, 2026 at 8:32 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Ben Collins

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>  Wed, Jan 7, 2026 at 8:33 AM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

Thank you
[Quoted text hidden]

---

**Long, Elektra (DOC)** <elektra.long@dc.gov>  Wed, Jan 7, 2026 at 8:34 AM
To: Kyle Singhal <kyle@hopwoodsinghal.com>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

You're welcome.  Have a good day!

[Quoted text hidden]

---

**Kyle Singhal** <kyle@hopwoodsinghal.com>  Wed, Jan 7, 2026 at 8:35 AM
To: "Long, Elektra (DOC)" <elektra.long@dc.gov>
Cc: "Towns, Tony (DOC)" <tony.towns1@dc.gov>, "Shannon, Ashley (DOC)" <ashley.shannon@dc.gov>

**Attachment D (DOC Email)**

You as well!

**Attachment D (DOC Email)**