

**TROY E. NEHLS**
22ND DISTRICT, TEXAS

**COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE**

**COMMITTEE ON VETERANS' AFFAIRS**

# Congress of the United States
## House of Representatives
### Washington, DC 20515

January 30, 2023

The Honorable Muriel Bowser
Mayor
1350 Pennsylvania Avenue NW #406
Washington, DC, 20004

Dear Mayor Bowser,

Thank you for allowing my staff and I to tour the D.C. Department of Corrections (DOC) on January 5, 2023. I appreciate the time your staff took to show us around, and I look forward to a continued working relationship that ensures safe and sanitary conditions for all individuals at the facility.

After hearing reports of a violent incident, my staff submitted the following FOIA to the DC DOC on January 9, 2023:

> I am requesting the body camera video footage of Lieutenant Crystal Lancaster on September 5, 2022, from the hours of 10:00 am to 1:00 pm in the C2B pod in the D.C. Department of Corrections, which includes her interaction with Ronald Colton McAbee (inmate #378959). (Date Range for Record Search: From 09/05/2022 To 09/05/2022)

On January 19, 2023, we received a response from the DC DOC to our FOIA request, stating that staff conducted a search and found the requested information, however, our request was denied in consideration of the personal privacy interest of individuals captured in the footage and pursuant to DC Code §2-534 (a)(2). We firmly intend to appeal this denial, given recent information that Lieutenant Lancaster has been fired; however, we were told by DC DOC Director Thomas Faust during my tour of the facility that body camera video footage is only preserved for six months.

**Therefore, this letter serves as a formal request to preserve all existing and future records and materials in your possession relating to the body camera video footage involving Mr. McAbee and Lieutenant Lancaster on September 5, 2022, in the C2B pod in the DC DOC.** You should construe this preservation notice as an instruction to ensure all those at the DC DOC take every reasonable step to prevent the destruction or alteration, whether intentionally or negligently, of all documents, communications, and other information, including electronic information and metadata, that are or may be responsive to a future congressional inquiry involving this matter.

Sincerely,

*[signature]*

Troy E. Nehls
Member of Congress

NEHLS.HOUSE.GOV

WASHINGTON, D.C.
1104 LONGWORTH HOB
WASHINGTON, DC 20515
PHONE: (202) 225-5951
FAX: (202) 225-5241

DISTRICT OFFICE
1117 FM 359
SUITE 210
RICHMOND, TX 77406
PHONE: (346) 762-6600

Attachment E (Rep. Nehls Request)