

**Attachment F (FOIA Appeal Denial)**