

Government of the District of Columbia Department of Corrections

PM 5300.1
Page 1 of 3
Attachment A

## Disciplinary Report

Name: MCABEE RONALD    DCDC: 378-959    Cellblock: C2B    Cell #: 19    Squad: ___

Charge: INCITING A RIOT    Code Reference: CLASS I 116 (A)
Charge: CLASS II ASSAULT    Code Reference: CLASS II 201
Charge: ___    Code Reference: ___

Date of Offense: 9-5-2022    Time: 11:39AM    Location: C2B DAY ROOM
Staff Involved: LT. CRYSTAL LANCASTER
Staff Involved: ___
Inmates Involved: MCABEE RONALD DCDC# 378-959
Inmates Involved: ___ → WAS ALREADY MAD + LOCKED DOWN UNIT

Description: On Monday, September 5, 2022, I, Lt. Crystal Lancaster was assigned as the E-Building and and C-Building Supervisor. I entered unit C2B at approximately 11:39am., to conduct my security check on this unit. Prior to entering unit C2B, I activated my body warn camera. a nurse arrives on the unit to give out medication. Several inmates came out of their cells with no shirt or mask on. I instructed them to go back to their cells and get properly dressed

Use Continuation Sheet if Necessary

Date Prepared: 9-6-22    Time: 7:13am    Employee Signature: [signature]
Supervisory Signature (Reviewer): [signature]    Date: 9-6-22

### HEARING SUMMARY
Date of Hearing: ___    Time: ___    ☐ AM ☐ PM
Inmate Plea: ☐ Guilty ☐ Not Guilty
Housing Board/Hearing Officer Findings: ☐ Guilty ☐ Not Guilty
Rationale for Findings: ___

RECOMMENDATION(S)
Forfeit ___ days EGT/MGT    ___ days Disciplinary Restrictive Housing    ___ days Loss of Privileges
Other ___    Refer to Housing Board

Rationale for Recommendation(s): ___
Committee/Hearing Officer    Recommendations
Chair/Hearing Officer: ___    ☐ Concur    ☐ Dissenting Vote * Must Explain
Member: ___    ☐ Concur    ☐ Dissenting Vote * Must Explain
Member: ___    ☐ Concur    ☐ Dissenting Vote * Must Explain
Warden or Designee: ___    ☐ Approve    ☐ Disapprove (indicate further action)
☐ Vacate    ☐ Reduce Sanction    ☐ Remand

**Attachment I (Disciplinary Report)**