UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD COLTON MCABEE**, § | |
| § | No. 24-cv-01686 (JMC) |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| **CRYSTAL LANCASTER**, § | |
| § | |
| Defendant. § | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Compel and Hold Non-Party District of Columbia Department of Corrections in Contempt [ECF No. 25], it is hereby

ORDERED that Plaintiff's motion is **GRANTED**; and it is further

ORDERED that non-party District of Columbia Department of Corrections shall produce to Plaintiff's counsel all records sought under the subpoena, including all of Defendant Lancaster's Body-Worn Camera Footage for September 5, 2022, within seven (7) days of service of this Order upon District of Columbia Department of Corrections; and it is further

ORDERED that if District of Columbia Department of Corrections does not have in its custody or control Defendant Lancaster's Body-Worn Camera Footage for September 5, 2022, it shall show cause within seven (7) days of service of this Order as to why it should not be held in further contempt for spoliation of said footage; and it is further

ORDERED that District of Columbia Department of Corrections shall pay to Plaintiff his reasonable attorney's fees and costs incurred with his pursuit of this motion.

SO ORDERED:

_____    _____
Date                                                              JIA M. COBB
                                                                         United States District Judge

Copies to: all counsel of record; District of Columbia Department of Corrections, 3924 Minnesota Ave NE, 2d Floor, Washington DC 20019.