**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD COLTON MCABEE,<br>*Plaintiff,*<br>v.<br>CRYSTAL LANCASTER, *et al.*,<br>*Defendants.* | No. 24-CV-01686 (JMC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please **withdraw** the appearance of Sarah Preis and **enter** the appearance of Christina Okereke as counsel for Defendants Crystal Lancaster and the District of Columbia in the above-captioned matter.

Dated: November 12, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*

CHRISTINA OKEREKE [219272]
Special Counsel for Employment Litigation
400 6th Street, NW
Washington, D.C. 20001
(202) 727-5173
christina.okereke@dc.gov

*Counsel for Defendant District of Columbia*